# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132396

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 132396
                                  COA: 273032
                                  Monroe CC: 03-032819-FH

MICHAEL ANTHONY BLADE,
     Defendant-Appellant.
_____/

     On order of the Court, the application for leave to appeal the October 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007 _____        _____

d1218                                       Clerk